**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ohn Mar Win

Plaintiff,

v.

Case No.: 1:26−cv−13728
Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Joan B. Gottschall: A joint initial status report is due on or before January 6, 2027. This deadline is subject to extension if all parties have not been served. As a general rule, a joint initial status report should be filed only after all defendants have been served and had an opportunity to participate in the planning conference required by Fed. R. Civ. P. 26(f). Requests to extend the deadline to file a joint initial status report must be made by motion filed in the docket, rather than by contacting court staff. Counsel and parties are directed to familiarize themselves with Judge Gottschall's case procedures, which can be obtained from the following URL: https://www.ilnd.uscourts.gov/judge_display.php?La stName=Gottschall. Please review the "Joint Initial Status Report" case procedure for instructions and required contents of the report. Every status report except the joint initial status report must comply with, and include everything listed in, the "Status Reports" case procedure. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.